CFN: 20200417636 BOOK 32029 PAGE 1885
DATE:07/30/2020  09:36:39 AM
HARVEY RUVIN, CLERK OF COURT, MIA-DADE CTY

Prepared by:
Olesya Trayber Esq. P.A
2750 Northeast 185th St., Suite 204
Aventura, FL 33180
305-792-6945
 Return to:
Sophia's Title Services, LLC d/b/a Pinnacle Title Services
10691 N. Kendall Drive Suite 106
Miami, FL 33176

[Space Above This Line For Recording Data]

# LIMITED LIABILITY COMPANY AFFIDAVIT

**Before me**, the undersigned authority, duly authorized to take acknowledgements and administer oaths, personally appeared the undersigned ("Affiant"), who being by me first duly sworn, on oath, depose(s) and says that:

1. SK Invest Group II LLC, a Florida limited liability company ("Seller" and/or "LLC"), is the owner of and is selling the following described property to Jeffrey G Seiske and Tammy E Seiske, husband and wife ("Buyer"), to wit

   **Unit 1602, Building 1, of Porto Bellagio, a Condominium, according to the Declaration of Condominium recorded in Official Records Book 22644, Page(s) 643, and all subsequent amendment thereto, together with undivided share in the common elements, in the Public Records of Miami-Dade County, Florida.**

   **Parcel Identification Number: 31-2211-070-0110**

2. Seller is currently in good standing with the State of Florida and has been in good standing since the date that it acquired title.

3. The LLC is member managed.

4. Oleg Semenov is the Manager of the LLC.

5. Oleg Semenov as Manager is authorized to execute the conveyance documents, including, but not limited to, the deed, transferring the above-described property from Seller to Buyer.

6. Neither the LLC nor any Manager signing the deed is a debtor in bankruptcy since the LLC acquired title.   There are no creditors who have acquired or are attempting to acquire control of the LLC by executing or seizing the Manager's interest in the LLC.

7. The LLC is not one of a family or group of entities.

9. The Manager authorizing this transaction and executing the conveyance documents to consummate the transaction has not become dissociated from the LLC pursuant to Sec. 605.0302(11), F.S., Secs. 605.0212, 605.0601, or 605.0602, F.S., nor has/have the Manager(s) wrongfully caused dissolution of the LLC.

10. The EIN of the Company is 47-2396196.

11. Affiant states that he is familiar with the nature of an oath and with the penalties as provided by the laws of the State aforesaid for falsely swearing to statements made in an instrument of this nature.   Affiant further certifies that   he has read or heard read to   him/her the full facts of this Affidavit and understands its contents.

All recording references set forth herein are to the Public Records of **Miami-Dade County, Florida**, unless otherwise noted. "Affiant", "Seller" and "Buyer" include singular or plural as context so requires or admits. This affidavit is given for the purpose of clearing any possible question or objection to the title to the above referenced property and, for the purpose of inducing   **Sophia's Title Services, LLC d/b/a Pinnacle Title Services and   Commonwealth Land Title Insurance**

DoubleTime®

**EXHIBIT 14**

**Company** the knowledge that said title companies are relying upon the statements set forth herein. Seller hereby holds **Sophia's Title Services, LLC d/b/a Pinnacle Title Services and Commonwealth Land Title Insurance Company** harmless and fully indemnifies same (including but not limited to attorney's fees, whether suit be brought or not, and at trial and all appellate levels, and court costs and other litigation expenses) with respect to the matters set forth herein.

**Under penalties of perjury**, we declare that we have read the foregoing Affidavit and that the facts stated in it are true.

SK Invest Group II LLC

By: _____
Oleg Semenov, Manager

State of Florida

County of Miami-Dade

The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization, this __16__ day of July, 2020 by Oleg Semenov, a manager of SK Invest Group II LLC, on behalf of the company, who [ ] is personally known to me or [X] has produced a driver's license as identification.

[Notary Seal]

OLESYA TRAYBER
Notary Public - State of Florida
Commission # GG 225473
My Comm. Expires Oct 1, 2022
Bonded through National Notary Assn.

Notary Public _____

Printed Name: Olesya Trayber

My Commission Expires: Oct 1, 2022

DoubleTime®

# 2021 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L14000175487

**Entity Name:** SK INVEST GROUP II, LLC

**FILED**
**Jan 16, 2021**
Secretary of State
6261668788CC

**Current Principal Place of Business:**

230- 260 N BROADWALK
HOLLYWOOD, FL 33019

**Current Mailing Address:**

17100 N BAY DR
1612
SUNNY ISLES BEACH, FL 33160

**FEI Number:** 47-2396196

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

OLESYA TRAYBER ESQ. P.A
2750 NE 185TH ST
SUITE 204
AVENTURA, FL 33180 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: OLESYA TRAYBER                                                                                           01/16/2021
                    Electronic Signature of Registered Agent                                                                      Date

**Authorized Person(s) Detail :**

Title              MGR
Name          SEMENOV, OLEG
Address      17100 N BAY DR,1612
City-State-Zip:  SUNNY ISLES BEACH FL 33160

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: OLEG SEMENOV                                       MGR                              01/16/2021
                    Electronic Signature of Signing Authorized Person(s) Detail                                          Date